UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VANTALIE NGUYEN, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

-v-

FXCM INC., FOREX CAPITAL MARKETS,
LLC, FXCM HOLDINGS, LLC, DROR NIV,
WILLIAM AHDOUT, JOHN DITTAMI, and
EFFEX CAPITAL, LLC,
                    Defendants.
-------------------------------------------------------------X
ARTHUR P. CARDI, BIKRAM RANDHAWA,
MARK GOVERS, STEVEN PLUNGER, and
ROSIMARA TADROUS, Individually and on
Behalf of All Others Similarly Situated,
                    Plaintiffs,

-v-

FXCM INC., FOREX CAPITAL MARKETS, LLC,
FXCM HOLDINGS, LLC, DROR NIV, WILLIAM
AHDOUT, JOHN DITTAMI, and EFFEX
CAPITAL, LLC,
                    Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2\1\19

17 **CIVIL** 2729 (PAC) (HBP)

17 **CIVIL** 4699 (PAC) (HBP)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 1, 2019, Plaintiffs have failed to plead with particularity violations of the CEA against Effex and Dittami as required under Rule 9(b). Plaintiffs have also failed to state a claim upon which relief can be granted under Rule 12(b)(6) for violations of the CEA, New York General Business Law, California Unfair Competition Law, Unjust Enrichment, or Aiding and Abetting Breach of Fiduciary Duties and the Duty of Best Execution. Defendants' motion to strike references to CFTC and NFA settlements is

DENIED, but Defendants' motion to dismiss is GRANTED without prejudice under Rule 9(b) and Rule 12(b)(6). Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
February 1, 2019

**RUBY J. KRAJICK**

<u>                              </u>
**Clerk of Court**

BY: *[signature]*

<u>                              </u>
**Deputy Clerk**